| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1-18-02819-HWV**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................. | $        81,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................... | $        46,781.34 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $      127,781.34 |

### Part 2:  Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $      138,232.79 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $           289.17 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $        70,444.09 |
| | **Your total liabilities** | $      208,966.05 |

### Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $          2,639.14 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................................. | $          4,130.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                              $          2,641.15

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
| --- | --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 289.17 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 289.17 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Brent T. Walko** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Angela R. Walko** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1-18-02819-HWV** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |
| **636 South Catherine Street** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Middletown**   **PA**   **17057-0000** | ☐ Land | **Current value of the entire property?**    **Current value of the portion you own?** |
| City    State    ZIP Code | ☐ Investment property | **$81,000.00**     **$81,000.00** |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Dauphin** | **Who has an interest in the property?** Check one | |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☑ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: | |
| | **Valued by Market Analysis dated 07/18/2018.** | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................................=>

**$81,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**

| Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Model: | **Taurus** | ☐ Debtor 1 only | | |
| Year: | **2009** | ☐ Debtor 2 only | | |
| Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |

Other information:
**Valued by KBB dated 07/18/2018.**

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$4,600.00**

Current value of the portion you own? **$4,600.00**

**3.2**

| Make: | **Harley** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Model: | **1200 Sportster** | ■ Debtor 1 only | | |
| Year: | **2001** | ☐ Debtor 2 only | | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Other information: | | ☐ At least one of the debtors and another | | |

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$3,000.00**

Current value of the portion you own? **$3,000.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

**4.1**

| Make: | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Model: | **Canoe** | ☐ Debtor 1 only | | |
| Year: | | ☐ Debtor 2 only | | |
| Other information: | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☐ At least one of the debtors and another | | |

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$500.00**

Current value of the portion you own? **$500.00**

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................................................=> **$8,100.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Average Household Goods and Furnishings (see attached list) | $2,895.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No

# HOUSEHOLD GOODS AND FURNISHINGS

**Name:** NALKO

*The estimated value is to be "replacement" value of the item in its present condition and given its age. This is not to be estimated cost to replace with similar new item. This is only a guide. You may also simply prepare a listing without trying to make items fit into this guide. Likewise, if items are not included in this guide, please continue on another sheet.

| Room/Description | Estimated Value* |
|---|---|
| **Living Room** | |
| Carpets/Rugs | $ N/A |
| Sofas, Chairs | $ 200 |
| Tables | $ 100 |
| Lamps | $ N/A |
| Pictures/Mirrors/Art/Décor | $ 10 |
| Other furniture (list): | $ |
| TVs, Stereos, Electronics | $ 200 |
| Computer, Printer, Accessories | $ |
| Other: | $ |
| Other: | $ |
| **Total Living Room** | $ 510 |
| **Kitchen** | |
| Appliances | $ 300 |
| Small Appliances | $ 50 |
| Table, Chairs | $ 50 |
| Cookware | $ 0 |
| Dishes, Utensils | $ 0 |
| Other: | $ |
| **Total Kitchen** | $ 400 |
| **Dining Room** | |
| Carpet/Rugs | $ N/A |
| Table, Chairs | $ N/A |
| Buffet, Sideboard | $ N/A |
| China, Glassware | $ N/A |
| Silver or Flatware | $ N/A |
| Pictures/Mirrors | $ N/A |
| Other: | $ |
| **Total Dining Room** | $ 0 |
| **Bedrooms** | |
| Carpet/Rugs | $ 0 |
| Beds | $ 50 |

| Room/Description | Estimated Value* |
|---|---|
| Bedding | $ 50 |
| Bureaus, Dressers | $ 100 |
| Pictures/Mirrors | $ 0 |
| Desk, Chairs, Tables | $ N/A |
| TVs, Stereos | $ 200 |
| Computer | $ N/A |
| Other: | $ |
| **Total Bedrooms** | $ 400 |
| **Family Room/Den** | |
| Sofas, Chairs | $ 0 |
| Tables, Chairs | $ 0 |
| Pictures/Mirrors | $ 25 |
| TVs, Stereos | $ 0 |
| Computer/Printers | $ 200 |
| Games/Instruments | $ 100 |
| Other (list) | $ |
| Other (list) | $ |
| **Total Family Room/Den** | $ 325 |
| **Garage, Car Port, Shed, Basement, Storage** | |
| Tools | $ 2.00 |
| Lawn Mower | $ 0 200 |
| Grill | $ 20 |
| Lawn Furniture | $ 100 |
| Hobby/Sport Equipment | $ 200 |
| Bikes/Toys | $ 300 |
| Washer/Dryer | $ 150 |
| Decorations | $ 10 |
| Garden Items | $ 20 |
| Freezer | $ 50 |
| Other: | $ |
| Other: | $ |
| Other: | $ |
| **Total Garage, Car Port, Shed, Basement, Storage** | $ 1200.00 |
| **Any other "Household" goods** | |
| ✓ | |
| ✓ | |
| ✓ | |
| **Total other "Household" goods** | $ 0 |
| **TOTAL ESTIMATED VALUE** | $ 2,800 |

K:\FORMS\general\HOUSEHOLD GOODS AND FURNISHINGS.doc

☐ **Yes. Describe.....**

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| 45 Pistol, Rifle, 308 Savage | $600.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| Used Clothing | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| Diamond Ring, Wedding Bands, and Costume Jewlery | $700.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---:|
| $4,395.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..................................................................................................

**17. Deposits of money**
 *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking #3038 | **FNB** | $824.65 |
| 17.2. | **Business Checking # 0667** | **FNB** | $2,375.02 |
| 17.3. | Checking #618 | **Member 1st Federal Credit Union** | $5,842.05 |
| 17.4. | Savings #618 | **Members 1st Federal Credit Union** | $416.62 |

**18. Bonds, mutual funds, or publicly traded stocks**
 *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...................
 Name of entity:      % of ownership:

| | | | |
|---|---|---|---|
| **Lawn Like No Other (All assets listed separately)** | **100** | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
 *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
 *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them
 Issuer name:

**21. Retirement or pension accounts**
 *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.
 Type of account:      Institution name:

| | | |
|---|---|---|
| **401(k)** | **With Former Employer (less than $1,000)** | **Unknown** |

**22. Security deposits and prepayments**
 Your share of all unused deposits you have made so that you may continue service or use from a company
 *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes. .....................

Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.............

Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.............. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|---|

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Anticipated 2017 Tax Refund | Federal | $8,393.00 |
|---|---|---|

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes. Describe each claim.........

| Anticipated insurance claim related to vehicle accident 02/2018 | | $12,300.00 |
|---|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................ | $30,151.34 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☐ No. Go to Part 6.
    - ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    - ■ No
    - ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ■ No
    - ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ■ Yes. Describe.....

| Lawn Care Equipment (See attached list) | $1,335.00 |
|---|---|

41. **Inventory**
    - ■ No
    - ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    - ■ No
    - ☐ Yes. Give specific information about them...................
      Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - ■ No.
    - ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
      - ■ No
      - ☐ Yes. Describe.....

- LEAF BLOWER- $50
- WEED WHACKER- $75
- WALK BEHIND XMARK- $200
- HONDA PUSHMOWER- $50
- BUSH TRIMMER-$75
- SHOVELS/RAKES/PICKS- $45
  (3 flat shovels, 2 spade shovels, 1 hard rake, 2 soft rakes,
  1 pick- about $5 each)
- WHEEL BARROW- $40
- SPRAYER- $25
- SNOW BLOWERS- $175.00
  (2 push- $50 each, 1 walk behind- $75.00)
- TAILGATE SALT SPREADER- $ 200.00
- IN BED SALT SPREADER- $400.00

**44. Any business-related property you did not already list**

☐ No

■ Yes. Give specific information.........

| | |
|---|---|
| **Trailer - 7'x18'** | $800.00 |
| **Trailer - 8'x22'** | $2,000.00 |

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**............................................................................................ | $4,135.00 |

| Part 6. | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | $0.00 |

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | | $81,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $8,100.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $4,395.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $30,151.34 | |
| 59. | **Part 5: Total business-related property, line 45** | $4,135.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property. Add lines 56 through 61...** | $46,781.34 | Copy personal property total | $46,781.34 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | $127,781.34 |

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document    Page 11 of 61

| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1-18-02819-HWV** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2009 Ford Taurus**<br>**Valued by KBB dated 07/18/2018.**<br>Line from *Schedule A/B*: **3.1** | **$4,600.00** | ■ | **$2,300.00** | **11 U.S.C. § 522(d)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2009 Ford Taurus**<br>**Valued by KBB dated 07/18/2018.**<br>Line from *Schedule A/B*: **3.1** | **$4,600.00** | ■ | **$2,300.00** | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2001 Harley 1200 Sportster**<br>Line from *Schedule A/B*: **3.2** | **$3,000.00** | ■ | **$3,000.00** | **11 U.S.C. § 522(d)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Canoe**<br>Line from *Schedule A/B*: **4.1** | **$500.00** | ■ | **$500.00** | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Average Household Goods and Furnishings (see attached list)**<br>Line from *Schedule A/B*: **6.1** | **$2,895.00** | ■ | **$2,895.00** | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **45 Pistol, Rifle, 308 Savage**<br>Line from *Schedule A/B*: **10.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Used Clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Diamond Ring, Wedding Bands, and Costume Jewlery**<br>Line from *Schedule A/B*: **12.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Checking #3038: FNB**<br>Line from *Schedule A/B*: **17.1** | $824.65 | ■ $824.65<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Business Checking # 0667: FNB**<br>Line from *Schedule A/B*: **17.2** | $2,375.02 | ■ $2,375.02<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking #618: Member 1st Federal Credit Union**<br>Line from *Schedule A/B*: **17.3** | $5,842.05 | ■ $5,842.05<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings #618: Members 1st Federal Credit Union**<br>Line from *Schedule A/B*: **17.4** | $416.62 | ■ $416.62<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **401(k): With Former Employer (less than $1,000)**<br>Line from *Schedule A/B*: **21.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| **Federal: Anticipated 2017 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $8,393.00 | ■ $8,393.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Anticipated insurance claim related to vehicle accident 02/2018**<br>Line from *Schedule A/B*: **33.1** | $12,300.00 | ■ $436.83<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Lawn Care Equipment (See attached list)**<br>Line from *Schedule A/B*: **40.1** | $1,335.00 | ■ $1,335.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document    Page 13 of 61

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Trailer - 7'x18'** Line from *Schedule A/B*: **44.1** | $800.00 | ■  $800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| **Trailer - 8'x22'** Line from *Schedule A/B*: **44.2** | $2,000.00 | ☐  $240.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

Fill in this information to identify your case:

| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1-18-02819-HWV
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>if any |
|---|---|---|---|---|
| **2.1** Middletown Area School District<br>Creditor's Name | Describe the property that secures the claim:<br>**636 South Catherine Street Middletown, PA 17057 Dauphin County**<br>**Valued by Market Analysis dated 07/18/2018.** | $1,035.76 | $81,000.00 | $0.00 |

**55 W. Water Street**
**Middletown, PA 17057**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Tax Lien**

Date debt was incurred **12/2013**        Last 4 digits of account number **6213**

| **2.2** Nationstar<br>Creditor's Name | Describe the property that secures the claim:<br>**636 South Catherine Street Middletown, PA 17057 Dauphin County**<br>**Valued by Market Analysis dated 07/18/2018.** | $136,197.03 | $81,000.00 | $56,232.79 |
|---|---|---|---|---|

**350 Highland Drive**
**Houston, TX 77067**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a**    ■ Other (including a right to offset)    **First Mortgage**
    **community debt**

Date debt was incurred    **09/28/2017**    Last 4 digits of account number    **4144**

---

| 2.3 | **Woodlawn Auto Group** | Describe the property that secures the claim: | $1,000.00 | $4,600.00 | $0.00 |
|---|---|---|---|---|---|

    Creditor's Name

        **2009 Ford Taurus**
        **Valued by KBB dated 07/18/2018.**

    **7560 Allentwon Blvd**
    **Harrisburg, PA 17112**    As of the date you file, the claim is: Check all that apply.

    Number, Street, City, State & Zip Code    ☐ Contingent

        ☐ Unliquidated

**Who owes the debt?** Check one.    ☐ Disputed

☐ Debtor 1 only    **Nature of lien.** Check all that apply.

☐ Debtor 2 only    ☐ An agreement you made (such as mortgage or secured
        car loan)

■ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a**    ☐ Other (including a right to offset)
    **community debt**

Date debt was incurred    Last 4 digits of account number

---

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $138,232.79 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $138,232.79 |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐    Name, Number, Street, City, State & Zip Code    On which line in Part 1 did you enter the creditor?  **2.2**
    **Manley Deas Kochalski LLC**
    **P.O. Box 165028**    Last 4 digits of account number  **7139**
    **Columbus, OH 43216-5028**

☐    Name, Number, Street, City, State & Zip Code    On which line in Part 1 did you enter the creditor?  **2.2**
    **Phelan Hallinan, LLP**
    **1617 John F. Kennedy Blvd**    Last 4 digits of account number ___
    **Suite 1400**
    **Philadelphia, PA 19103**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Brent T. Walko** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1-18-02819-HWV**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **PA Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | $289.17 | $0.00 | $289.17 |
| | Priority Creditor's Name | | | | |
| | **Bankruptcy Division** | When was the debt incurred? _____ | | | |
| | **PO Box 280946** | | | | |
| | **Harrisburg, PA 17128-0946** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document    Page 17 of 61

---

| 4.1 | **AAA Central Penn** | | | $49.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2361**
**Harrisburg, PA 17105**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection for Membership fee**

---

| 4.2 | **Account Recovery** | | | $469.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**645 Penn Street**
**4th Floor**
**Reading, PA 19601**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

| 4.3 | **Bureau of Account Management** | | | $2,859.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3607 Rosemont Avenue, Suite 502**
**PO Box 8875**
**Camp Hill, PA 17001-8875**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only
□ Debtor 2 only
■ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document      Page 18 of 61

| 4.4 | **Commercial Acceptance** | | $642.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 3268**
**Camp Hill, PA 17011**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

---

| 4.5 | **Convergent Outsourcing, Inc.** | | $518.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**500 SW 7th Street**
**Renton, WA 98055**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections for Comcast Cable**

---

| 4.6 | **Credit Collection** | | $77.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 9134**
**Needham Heights, MA 02494**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

| 4.7 | **Elijah Einzig c/o Valerie Packard** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name

**521 Shippen Street**
**Apt. B**
**Middletown, PA 17057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **02/13/2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pending Personal Injury Action**

---

| 4.8 | **First Premier Bank** | Last 4 digits of account number _____ | $388.00 |

Nonpriority Creditor's Name

**3820 N Louise Avenue**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.9 | **LVNV Funding** | Last 4 digits of account number _____ | $1,170.00 |

Nonpriority Creditor's Name

**PO Box 10584**
**Greenville, SC 29603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection**

| 4.1 0 | **MSHMC Physicians Group Billing Svcs** | | Last 4 digits of account number | | | $1,076.34 |

**MSHMC Physicians Group Billing Svcs**

Nonpriority Creditor's Name

**PO Box 854**

**Hershey, PA 17033-0854**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

$1,076.34

---

| 4.1 1 | **National Recovery Agency** | | Last 4 digits of account number | **2268** | | $947.00 |

**National Recovery Agency**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 67015**

**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2268**

**When was the debt incurred?**   **Opened 12/16  Last Active 06/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Penn State Hershey**

$947.00

---

| 4.1 2 | **National Recovery Agency** | | Last 4 digits of account number | **5409** | | $291.00 |

**National Recovery Agency**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 67015**

**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5409**

**When was the debt incurred?**   **Opened 12/16  Last Active 06/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Mshmc Physicians Group**

$291.00

---

---

| 4.1 3 | **National Recovery Agency** | Last 4 digits of account number | **8418** | | $234.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?   **Opened 02/16  Last Active 09/15**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Penn State Hershey**

---

| 4.1 4 | **National Recovery Agency** | Last 4 digits of account number | **8410** | | $209.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?   **Opened 02/16  Last Active 09/15**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Mshmc Physicians Group**

---

| 4.1 5 | **National Recovery Agency** | Last 4 digits of account number | **5407** | | $208.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/16  Last Active 06/16**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Mshmc Physicians Group**

---

| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| Debtor 2 | **Angela R. Walko** | Case number (if know) | **1-18-02819-HWV** |

| **4.1 6** | **National Recovery Agency** | Last 4 digits of account number | **5399** | **$168.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred? **Opened 09/16 Last Active 05/16**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Mshmc Physicians Group**

| **4.1 7** | **National Recovery Agency** | Last 4 digits of account number | **8071** | **$136.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred? **Opened 10/16 Last Active 05/16**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Mshmc Physicians Group**

| **4.1 8** | **National Recovery Agency** | Last 4 digits of account number | **4063** | **$136.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred? **Opened 12/16 Last Active 06/16**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney Mshmc Physicians Group**

| 4.1 9 | **National Recovery Agency** | Last 4 digits of account number | **8414** | **$136.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**

When was the debt incurred?　**Opened 06/16　Last Active 02/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Collection Attorney Mshmc Physicians Group**

---

| 4.2 0 | **National Recovery Agency** | Last 4 digits of account number | **0096** | **$95.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**

When was the debt incurred?　**Opened 11/16　Last Active 06/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Collection Attorney Penn State Hershey**

---

| 4.2 1 | **National Recovery Agency** | Last 4 digits of account number | **0093** | **$95.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**

When was the debt incurred?　**Opened 11/16　Last Active 05/16**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Collection Attorney Penn State Hershey**

---

| 4.2<br>2 | **National Recovery Agency** | Last 4 digits of account number | **8422** | $95.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 67015
Harrisburg, PA 17106**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 06/16  Last Active 02/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Penn State Hershey**

| 4.2<br>3 | **National Recovery Agency** | Last 4 digits of account number | **8419** | $95.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 67015
Harrisburg, PA 17106**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 01/16  Last Active 09/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Penn State Hershey**

| 4.2<br>4 | **National Recovery Agency** | Last 4 digits of account number | **5403** | $92.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 67015
Harrisburg, PA 17106**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 09/16  Last Active 05/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Penn State Hershey**

| **4.25** | **National Recovery Agency** | Last 4 digits of account number _____ | **$2,881.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 67015**
**Harrisburg, PA 17106-7015**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical**

---

| **4.26** | **Pamela L. Miller** | Last 4 digits of account number _____ | **$22.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Tax Collector**
**PO Box 216**
**Middletown, PA 17057**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Occupation Tax**

---

| **4.27** | **Penn Credit Corp** | Last 4 digits of account number _____ | **$317.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**916 South 14th Street**
**Harrisburg, PA 17104**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collection for PPL Electric**

---

| 4.2 8 | **PSECU** | Last 4 digits of account number **0201** | $6,574.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 67013**
**Harrisburg, PA 17106-7013**
Number Street City State Zip Code

When was the debt incurred? **05/21/2007**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

| 4.2 9 | **Receivables Management Systems** | Last 4 digits of account number | $140.58 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 8630**
**Richmond, VA 23226**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.3 0 | **Riverside Anesthesia** | Last 4 digits of account number | $290.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1 Rutherford Road**
**Suite 101**
**Harrisburg, PA 17109-4540**
Number Street City State Zip Code

When was the debt incurred? **03/25/2011**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.3 | | | |
|---|---|---|---|
| 1 | **Youngs Medical Equipment** | **Last 4 digits of account number** _____ | **$34.17** |

Nonpriority Creditor's Name

**6345 Flank Drive**
**Suite 1400**
**Harrisburg, PA 17112**

Number Street City State Zip Code

**When was the debt incurred?**  **12/20/2011**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Comcast Cable**
**1555 Suzy Street**
**Lebanon, PA 17046**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                             ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Richard A. Sadlock, Esquire**
**Freeburn & Hamilton PC**
**2040 Linglestown Road, Suite 300**
**Harrisburg, PA 17110**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

                             ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 289.17 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 289.17 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 70,444.09 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 70,444.09 |

| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   **1-18-02819-HWV**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.   **Do you have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br>Number   Street<br>City            State        ZIP Code | |
| **2.2** Name<br>Number   Street<br>City            State        ZIP Code | |
| **2.3** Name<br>Number   Street<br>City            State        ZIP Code | |
| **2.4** Name<br>Number   Street<br>City            State        ZIP Code | |
| **2.5** Name<br>Number   Street<br>City            State        ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document      Page 29 of 61

| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  **1-18-02819-HWV**
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Name | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| | Number   Street<br>City                        State                        ZIP Code | |
| 3.2 | Name | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| | Number   Street<br>City                        State                        ZIP Code | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brent T. Walko** |
| Debtor 2 (Spouse, if filing) | **Angela R. Walko** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1-18-02819-HWV** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | **FedEx Ground Pkg System Inc** | **Discovery Kids Childcare Center** |
| | **Employer's address** | **Payroll Services 30 FedEx Pkwy, 2nd Fl Horiz Collierville, TN 38017** | **1963 Oberlin Road Harrisburg, PA 17111** |
| | **How long employed there?** | _____ | _____ |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 587.80 | $ 1,779.57 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 587.80 | $ 1,779.57 |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 587.80 | $ 1,779.57 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 96.28 | $ 275.98 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify:  Childcare | 5h.+ | $ 0.00 | + $ 329.16 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 96.28 | $ 605.14 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 491.52 | $ 1,174.43 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 273.78 | $ 0.00 |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| | 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| | 8h. Other monthly income. Specify:  1/12 Federal Tax Refund (2017) | 8h.+ | $ 699.41 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 973.19 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,464.71 + $ 1,174.43 | = $ 2,639.14 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  + $  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.  $  2,639.14

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☐ No.
   ☑ Yes. Explain:  **Business income is estimated based on 2018 ytd and is expected to increase over the summer/fall months.**

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document    Page 32 of 61

Discovery Kids Childcare Center
1963 Oberlin Road
Harrisburg, PA 17111

ANGELA WALKO
636 South Catherine St.
Middletown, PA 17057

Direct Deposit

---

| Employee Pay Stub | Check number: DD5676 | Pay Period: 04/15/2018 - 04/28/2018 | Pay Date: 05/07/2018 |
|---|---|---|---|

**Employee**

ANGELA WALKO, 636 South Catherine St., Middletown, PA 17057

| | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| | ***-**-1320 | Married/Withhold | Fed-1/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 51.90 | 11.60 | 602.04 | 7,018.05 |
| Hourly Sick | 16.00 | 11.60 | 185.60 | 274.40 |
| Hourly Vacation | | | | 111.00 |
| Birthday Pay | | | | 88.80 |
| Merit | | | | 600.00 |
| | 67.90 | | 787.64 | 8,092.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local - EIT | | | -13.78 | -141.61 |
| Local - LST | | | -2.00 | -18.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -18.00 | -217.00 |
| Social Security Employee | | | -48.83 | -501.72 |
| Medicare Employee | | | -11.42 | -117.34 |
| PA - Withholding | | | -24.18 | -248.45 |
| PA - Unemployment | | | -0.48 | -4.86 |
| | | | -118.69 | -1,248.98 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Childcare | | | -195.00 | -1,435.00 |
| Wage Garnishment | | | -49.00 | -441.00 |
| | | | -244.00 | -1,876.00 |

| **Net Pay** | | | **424.95** | **4,967.27** |

**Direct Deposit**

| | | | | Amount |
|---|---|---|---|---|
| Checking - *****3038 | | | | 424.95 |

| Paid Time Off | | Earned | YTD Used | Available |
|---|---|---|---|---|
| Sick | | 0.00 | 24.00 | 9.58 |
| Vacation | | 0.00 | 10.00 | 70.00 |

**Memo**

Direct Deposit

---

Discovery Kids Childcare Center, 1963 Oberlin Road, Harrisburg, PA 17111

Discovery Kids Childcare Center
1963 Oberlin Road
Harrisburg, PA 17111

ANGELA WALKO
636 South Catherine St.
Middletown, PA 17057

Direct Deposit

---

| **Employee Pay Stub** | Check number: DD5731 | | | Pay Period: 04/29/2018 - 05/12/2018 | | Pay Date: 05/21/2018 |
|---|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|
| ANGELA WALKO, 636 South Catherine St., Middletown, PA 17057 | | | | ***-**-1320 | Married/Withhold | Fed-1/0/PA-0/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 79.70 | 11.60 | 924.52 | 7,942.57 |
| Hourly Sick | | | | 274.40 |
| Hourly Vacation | | | | 111.00 |
| Birthday Pay | | | | 88.80 |
| Merit | | | | 600.00 |
| | 79.70 | | 924.52 | 9,016.77 |

| **Direct Deposit** | **Amount** |
|---|---|
| Checking - *****3038 | 530.69 |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Sick | 0.00 | 24.00 | 9.58 |
| Vacation | 0.00 | 10.00 | 70.00 |

**Memo**

Direct Deposit

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Local - EIT | -16.18 | -157.79 |
| Local - LST | -2.00 | -20.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -32.00 | -249.00 |
| Social Security Employee | -57.32 | -559.04 |
| Medicare Employee | -13.40 | -130.74 |
| PA - Withholding | -28.38 | -276.83 |
| PA - Unemployment | -0.55 | -5.41 |
| | -149.83 | -1,398.81 |

| **Adjustments to Net Pay** | **Current** | **YTD Amount** |
|---|---|---|
| Childcare | -195.00 | -1,630.00 |
| Wage Garnishment | -49.00 | -490.00 |
| | -244.00 | -2,120.00 |

| **Net Pay** | **530.69** | **5,497.96** |
|---|---|---|

Discovery Kids Childcare Center, 1963 Oberlin Road, Harrisburg, PA 17111

Discovery Kids Childcare Center
1963 Oberlin Road
Harrisburg, PA 17111


ANGELA WALKO
636 South Catherine St.
Middletown, PA 17057


Direct Deposit

---

| Employee Pay Stub | Check number: DD5784 | | | Pay Period: 05/13/2018 - 05/26/2018 | | Pay Date: 06/04/2018 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| ANGELA WALKO, 636 South Catherine St., Middletown, PA 17057 | | | | ***-**-1320 | Married/Withhold | Fed-1/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 72.88 | 11.60 | 845.41 | 8,787.98 |
| Hourly Sick | | | | 274.40 |
| Hourly Vacation | | | | 111.00 |
| Birthday Pay | | | | 88.80 |
| Merit | | | | 600.00 |
| | 72.88 | | 845.41 | 9,862.18 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****3038 | 474.48 |

| Paid Time Off | | Earned | YTD Used | Available |
|---|---|---|---|---|
| Sick | | 0.00 | 24.00 | 9.58 |
| Vacation | | 0.00 | 10.00 | 70.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - EIT | -14.79 | -172.58 |
| Local - LST | -2.00 | -22.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -24.00 | -273.00 |
| Social Security Employee | -52.42 | -611.46 |
| Medicare Employee | -12.26 | -143.00 |
| PA - Withholding | -25.95 | -302.78 |
| PA - Unemployment | -0.51 | -5.92 |
| | -131.93 | -1,530.74 |

Memo

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Childcare | -190.00 | -1,820.00 |
| Wage Garnishment | -49.00 | -539.00 |
| | -239.00 | -2,359.00 |

| Net Pay | 474.48 | 5,972.44 |
|---|---|---|

Discovery Kids Childcare Center, 1963 Oberlin Road, Harrisburg, PA 17111

Discovery Kids Childcare Center
1963 Oberlin Road
Harrisburg, PA 17111

ANGELA WALKO
636 South Catherine St.
Middletown, PA 17057

Direct Deposit

| Employee Pay Stub | | Check number: DD5841 | | Pay Period: 05/27/2018 – 06/09/2018 | | Pay Date: 06/18/2018 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| ANGELA WALKO, 636 South Catherine St., Middletown, PA 17057 | | | | ***-**-1320 | Married/Withhold | Fed-1/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 70.28 | 11.60 | 815.25 | 9,603.23 |
| Hourly Sick | | | | 274.40 |
| Hourly Vacation | | | | 111.00 |
| Birthday Pay | | | | 88.80 |
| Merit | | | | 600.00 |
| | 70.28 | | 815.25 | 10,677.43 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - EIT | -14.27 | -186.85 |
| Local - LST | -2.00 | -24.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -21.00 | -294.00 |
| Social Security Employee | -50.54 | -662.00 |
| Medicare Employee | -11.82 | -154.82 |
| PA - Withholding | -25.03 | -327.81 |
| PA - Unemployment | -0.49 | -6.41 |
| | -125.15 | -1,655.89 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Childcare | -155.00 | -1,975.00 |
| Wage Garnishment | -49.00 | -588.00 |
| | -204.00 | -2,563.00 |

| Net Pay | 486.10 | 6,458.54 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *****3038 | | | 486.10 |
| Paid Time Off | Earned | YTD Used | Available |
| Sick | 0.00 | 24.00 | 9.58 |
| Vacation | 0.00 | 10.00 | 70.00 |

| Memo |
|---|
| Direct Deposit |

Discovery Kids Childcare Center, 1963 Oberlin Road, Harrisburg, PA 17111

Discovery Kids Childcare Center
1963 Oberlin Road
Harrisburg, PA 17111

ANGELA WALKO
636 South Catherine St.
Middletown, PA 17057

Direct Deposit

| Employee Pay Stub | | Check number: DD5898 | | | | Pay Period: 06/10/2018 - 06/23/2018 | | | Pay Date: 07/02/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|

| Employee | | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|---|
| ANGELA WALKO, 636 South Catherine St., Middletown, PA 17057 | | | | | | ***-**-1320 | Married/Withhold | | Fed-1/0/PA-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 31.93 | 11.60 | 370.39 | 9,973.62 | | Checking - *****3038 | | | | 556.38 |
| Hourly Vacation | 30.00 | 11.60 | 348.00 | 459.00 | | | | | | |
| Hourly Sick | | | | 274.40 | | Paid Time Off | | Earned | YTD Used | Available |
| Birthday Pay | | | | 88.80 | | Sick | | 0.00 | 24.00 | 9.58 |
| Merit | | | | 600.00 | | Vacation | | 0.00 | 40.00 | 40.00 |
| | 61.93 | | 718.39 | 11,395.82 | | Memo | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local - EIT | -12.57 | -199.42 |
| Local - LST | -2.00 | -26.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -11.00 | -305.00 |
| Social Security Employee | -44.54 | -708.54 |
| Medicare Employee | -10.42 | -165.24 |
| PA - Withholding | -22.05 | -349.86 |
| PA - Unemployment | -0.43 | -6.84 |
| | -103.01 | -1,758.90 |

Memo

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Uniform | -10.00 | -10.00 |
| Wage Garnishment | -49.00 | -637.00 |
| Childcare | | -1,975.00 |
| | -59.00 | -2,622.00 |

| Net Pay | 556.38 | 7,014.92 |
|---|---|---|

Discovery Kids Childcare Center, 1963 Oberlin Road, Harrisburg. PA 17111

PAY(W): N-00

## Total Hours for Hourly Period 04/22/18 - 04/28/18
## Worked = 12.08 Hours - Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 12.08 | 14.500 | 175.16 | 2604.64 |
| STRAIGHT TIME | 12.08 # | | Sub-Total | |
| GROSS WAGES $ | | | 175.16 | Sub-Total |

| | | | This Stmt | Year-To-Date |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 175.16 | 2604.64 |
| Fed Tax Wages | | | 175.16 | 2604.64 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| | 8.3 | 0.0 | 8.3 |
| PTO Balance | | | 8.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 175.16 | 2604.64 |
| TOTAL TAXES | 33.35 | 487.53 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 141.81 | 2117.11 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholding | 10.40 | 143.15 |
| Fed MED/EE | 2.54 | 37.77 |
| Fed OASDI/EE | 10.86 | 161.49 |
| PA Unempl EE | 0.10 | 1.56 |
| PA Withholdng | 5.38 | 79.97 |
| PA PA LOCAL Withh | 3.07 | 45.59 |
| PA LOWER SWATARA | 1.00 | 18.00 |
| TOTAL TAXES | 33.35 | 487.53 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
for Legal Inquiries, please contact:

FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

©1998, 2006, ADP, LLC. All Rights Reserved.

► TEAR HERE

makes this check possible.

©1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 67.41 | 2672.05 |
| TOTAL TAXES | 9.44 | 496.97 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 57.97 | 2175.08 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholding | | 143.15 |
| Fed MED/EE | 0.97 | 38.74 |
| Fed OASDI/EE | 4.18 | 165.67 |
| PA Unempl EE | 0.04 | 1.60 |
| PA Withholdng | 2.07 | 82.04 |
| PA PA LOCAL Withh | 1.18 | 46.77 |
| PA LOWER SWATARA | 1.00 | 19.00 |
| TOTAL TAXES | 9.44 | 496.97 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information

\# Represents all hrs in this category
$Non-pilot pay for hrs worked & piece rate
for legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

PA(W): N-00

**Total Hours for Hourly Period 05/06/18 - 05/12/18**
Worked = 4.57 Hours  Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 4.57 | 14.750 | 67.41 | 2672.05 |
| STRAIGHT TIME | 4.57 # | | 67.41 | Sub-Total |
| GROSS WAGES $$ | | | 67.41 | Sub-Total |

| | | | This Stmt | Year-To-Date |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 67.41 | 2672.05 |
| Fed Tax Wages | | | 67.41 | 2672.05 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| PTO Balance | 8.5 | 0.0 | 8.5 |

©1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

PA(W): N-00

**Total Hours for Hourly Period 05/13/18 - 05/19/18**
Worked = 14.50 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This $tmt | Year-to-Date |
|---|---|---|---|---|
| Regular | 14.50 | 14.750 | 213.87 | 2885.92 |
| STRAIGHT TIME | 14.50 # | | | Sub-Total |
| GROSS WAGES $$ | | | 213.87 | Sub-Total 2885.92 |

| | This $tmt | Year-to-Date |
|---|---|---|
| TOTAL GROSS PAY | 213.87 | 2885.92 |
| Fed Tax Wages | 213.87 | 2885.92 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| PTO Balance | 9.2 | 0.0 | 9.2 |

| Check Summary | This $tmt | Year-to-Date |
|---|---|---|
| TOTAL GROSS PAY | 213.87 | 2885.92 |
| TOTAL TAXES | 42.08 | 539.05 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 171.79 | 2346.87 |

| Taxes | This $tmt | Year-To-Date |
|---|---|---|
| Fed Withholding | 14.27 | 157.42 |
| Fed MED/EE | 3.11 | 41.85 |
| Fed OASDI/EE | 13.26 | 178.93 |
| PA Unempl EE | 0.13 | 1.73 |
| PA Withholding | 6.57 | 88.61 |
| PA PA LOCAL Withh | 3.74 | 50.51 |
| PA LOWER SWATARA | 1.00 | 20.00 |
| TOTAL TAXES | 42.08 | 539.05 |

| Deductions | This $tmt | Year-to-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
for legal inquiries, please contact
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

**FedEx**

P176 E0139504          274183-171714
DCL   003069406

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Exemptions      Addl Amt   Addl %
Fed: S-00
PA(W): N-00

## Earnings  Statement

| | |
|---|---|
| | Page 001 of 001 |
| Pay Period: | 05/20/2018 - 05/26/2018 |
| Check Date: | 06/01/2018 |
| Check Number: | 0024835041 |
| Batch Number: | DCL0002014639 |
| Employee ID: | 3069406 |

**BRENT T WALKO**

**Delivering on the Purple Promise makes this check possible.**

Total Hours for Hourly Period 05/20/18 - 05/26/18
Worked = 8.18 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earn Category | Hr/Units | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 8.18 | 14.750 | 120.66 | 3006.58 |
| STRAIGHT TIME | 8.18 # | | 120.66 | Sub-Total |
| GROSS WAGES # | | | 120.66 | Sub-Total |

| | | | This Stmt | Year-To-Date |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 120.66 | 3006.58 |
| Fed Tax Wages | | | 120.66 | 3006.58 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| PTO Balance | 9.7 | 0.0 | 9.7 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 120.66 | 3006.58 |
| TOTAL TAXES | 21.06 | 560.11 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 99.60 | 2446.47 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 4.95 | 162.37 |
| Fed MED/EE | 1.75 | 43.60 |
| Fed OASDI/EE | 7.48 | 186.41 |
| PA Unempl EE | 0.07 | 1.80 |
| PA Withholdng | 3.70 | 92.31 |
| PA PA LOCAL Withh | 2.11 | 52.62 |
| PA LOWER SWATARA | 1.00 | 21.00 |
| TOTAL TAXES | 21.06 | 560.11 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For legal inquiries please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

---

**FedEx** FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

64-1278/611 GA

Check Number:  0024835041
Check Date:  06/01/2018
3069406

THIS IS NOT A CHECK

This amount:  NINETY NINE DOLLARS  AND  60/100          $**99.60

Pay to the
order of:      BRENT T WALKO

BANK OF AMERICA
Bank of America, N.A.
600 PeachtreeStNE
AtlantaGA 30308

Void after60 days
Checks over $100,000.00
Not validunless countersigned

00139504         275958-172849
  003069406



## Earnings Statement

x Ground Pkg System Inc
ll Services
edEx Pkwy, 2nd Fl Horiz
rville, TN 38017
339-6992

| | |
|---|---|
| | Page 001 of 001 |
| Pay Period: | 05/27/2018 - 06/02/2018 |
| Check Date: | 06/08/2018 |
| Check Number: | 0024854621 |
| Batch Number: | DCL002014649 |
| Employee ID: | 3069406 |

Addl Amt  Addl %

**BRENT T WALKO**
----------------------------------
**Delivering on the Purple Promise
makes this check possible.**

urly Period 05/27/18 - 06/02/18
ours   Ovrtime & Dbltime = 0.00 Hours

| /Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|
| 0.34 | 14.750 | 152.52 | 3159.10 |
| 0.34 % | | 152.52 | Sub-Total |
| | | 152.52 | Sub-Total |
| 0.05 | 14.750 | 148.24 | 148.24 |
| 0.05 % | | 148.24 | Sub-Total |

| | | | |
|---|---|---|---|
| | | 300.76 | 3307.34 |
| | | 300.76 | 3307.34 |

| Earned | Taxes | Balance |
|---|---|---|
| 0.1 | 0.0 | 0.1 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 300.76 | 3307.34 |
| TOTAL TAXES | 79.43 | 639.54 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 221.33 | 2667.80 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 40.75 | 203.12 |
| Fed MED/EE | 4.36 | 47.95 |
| Fed OASDI/EE | 18.65 | 205.06 |
| PA Unempl EE | 0.18 | 1.98 |
| PA Withholdng | 9.23 | 101.54 |
| PA PA LOCAL Withh | 5.26 | 57.88 |
| PA LOWER SWATARA | 1.00 | 22.00 |
| TOTAL TAXES | 79.43 | 639.54 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

Exemption
Fed:
PA(W):

Total Hours for
Worked = 10.

| Earnings Category | |
|---|---|
| Regular | |
| STRAIGHT TIME | |
| GROSS WAGES $$ | |
| Unused PTO | |
| NON-WRKD HRS | |

| | | |
|---|---|---|
| TOTAL GROSS PAY | |
| Fed Tax Wages | |

| Unused Hrs PTO | |
|---|---|
| PTO Balance | |

---

Ground Pkg System Inc
Services
Ex Pkwy, 2nd Fl Horiz
rille, TN 38017

64-1278/611 GA

| Check Number: | 0024854621 |
|---|---|
| Check Date: | 06/08/2018 |
| 3069406 | |



Fed
Pay
30
Col

This amount:
Pay to the
order of:

| HUNDRED TWENTY ONE DOLLARS AND 33/100 | $**221.33 |
|---|---|

T T WALKO

Void after 60 days
Checks over $100,000.00
Not valid unless countersigned

BANK OF AMERICA
Bank of America, N.A.
600 Peachtree St NE
Atlanta GA 30308

*THIS IS NOT A CHECK*

FedEx.

P176  00139504          274664-171516
DCL       00305940€

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville,  TN 38017
(855) 339-6992

Exemptions      Addl Amt  Addl %
  Fed:    S-00
  PA(W): N-00

# Earnings   Statement

Page 001 of 001
Pay Period:       06/03/2018 - 06/09/2018
Check Date:       06/15/2018
Check Number:     0024886303
Batch Number:     DCL002014659
Employee ID:      3069406

**BRENT  T WALKO**

**Delivering  on the  Purple Promise**
**makes  this check  possible.**

Total Hours for Hourly Period 06/03/18 - 06/09/18
  Worked = 4.18 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 4.18 | 14.750 | 61.66 | 3220.76 |
| STRAIGHT TIME | 4.18 | | 61.66 | Sub-Total |
| GROSS WAGES ## | | | 61.66 | Sub-Total |
| Unused PTO | | | | 148.24 |
| NON-WRKD HRS | | | 4.00 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 61.66 | 3369.00 |
| Fed Tax Wages | | | 61.66 | 3369.00 |

| Leave Hrs PTO | Earned | Taken | Balance |
|---|---|---|---|
| PTO Balance | 0.3 | 0.0 | 0.3 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 61.66 | 3369.00 |
| TOTAL TAXES | 8.72 | 648.26 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 52.94 | 2720.74 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | | 203.12 |
| Fed MED/EE | 0.89 | 48.85 |
| Fed OASDI/EE | 3.82 | 208.38 |
| PA Unempl EE | 0.04 | 2.02 |
| PA Withholdng | 1.89 | 103.43 |
| PA PA LOCAL Wkhh | 1.08 | 58.96 |
| PA LOWER SWATARA | 1.00 | 23.50 |
| TOTAL TAXES | 8.72 | 648.26 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents  all hrs in this category
$$Non-pilot  pay for hrs worked & piece rate
For legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township,  PA 15108

© 2017 BLAH BLAH BLAH ADVANTAGE INC LLC

FedEx.

FedEx Ground  Pkg System  Inc
Payroll  Services
30 FedEx Pkwy,  2nd Fl Horiz
Collierville,  TN 38017

64-1278/611 GA
Check  Number:        0024886303
Check  Date:          06/15/2018
3069406

This amount:   FIFTY TWO  DOLLARS  AND 94/100                              $**52.94

Pay to the
order of:      **BRENT  T WALKO**

Void after60 days
Checks  over $100,000.00
Not validunless countersigned

BANK OF AMERICA
Bank ofAmerica,N.A.
600 PeachtreeStNE
AtlantaGA  30308

THIS IS NOT A CHECK



C0139504    275493-172568
GG3069406

Ex Ground Pkg System Inc
oll Services
FedEx Pkwy, 2nd Fl Horiz
sville, TN 38017
) 339-6992

Addl Amt  Addl %

0
0

# Earnings  Statement

| Pay Period: | Page 001 of 001 |
| | 06/10/2018 - 06/16/2018 |
| Check Date: | 06/22/2018 |
| Check Number: | 0024935746 |
| Batch Number: | DCLC02014668 |
| Employee ID: | 3069406 |

**BRENT T WALKO**

**Delivering on the Purple Promise
makes this check possible.**

ourly Period 06/10/18 - 06/16/18
Hours  Ovrtime & Dbltime = 0.00 Hours

| e/Unit | This Stmt | Year-To-Date |
| 10.70  .4.750 | 157.83 | 3378.59 |
| | 157.83 | Sub-Total |
| | 157.83 | Sub-Total |
| | | 148.24 |
| | 9.30 | Sub-Total |

| | | 157.83 | 3526.83 |
| | | 157.83 | 3526.83 |

| Earned | Taken | Balance |
| 0.9 | 0.0 | 0.9 |

| Check Summary | This Stmt | Year-To-Date |
| TOTAL GROSS PAY | 157.83 | 3526.83 |
| TOTAL TAXES | 29.45 | 677.71 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 128.38 | 2849.12 |

| Taxes | This Stmt | Year-To-Date |
| Fed Withholding | 8.67 | 211.79 |
| Fed MED/EE | 2.29 | 51.14 |
| Fed OASDI/EE | 9.78 | 218.66 |
| PA Unempl EE | 0.10 | 2.12 |
| PA Withholdng | 4.85 | 108.28 |
| PA PA LOCAL Withh | 2.76 | 61.72 |
| PA LOWER SWATARA | 1.00 | 24.00 |
| TOTAL TAXES | 29.45 | 677.71 |

| Deductions | This Stmt | Year-To-Date |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For legal inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

Ground Pkg System Inc
Services
dEx Pkwy, 2nd Fl Horiz
ville, TN 38017

64-1278/611 GA
Check Number: 0024935746
Check Date: 06/22/2018
3069406

HUNDRED TWENTY EIGHT DOLLARS AND 38/100    $**128.38

NT T WALKO

Void after 60 days
Checks over $100,000.00
Not valid unless countersigned

BANK OF AMERICA
Bank of America, N.A.
600 PeachtreeSt NE
AtlantaGA 30308

FedEx.

P176 00139504        276797-173686
DCL   003069406

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

## Earnings Statement

|  |  |
|---|---|
| Pay Period: | Page 001 of 001 06/24/2018 - 06/30/2018 |
| Check Date: | 07/06/2018 |
| Check Number: | 0024988476 |
| Batch Number: | DCL002014684 |
| Employee ID: | 3069406 |

**BRENT T WALKO**

Delivering on the Purple Promise
makes this check possible.

Exemptions    Addl Amt  Addl %
Fed:  S-00
PA(W): N-00

Total Hours for Hourly Period 06/24/18 - 06/30/18
Worked = 3.82 Hours   Ovrtime & Dbltime = 0.00 Hours

| Hours Category | Hours | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Regular | 3.82 | 14.750 | 56.35 | 3434.94 |
| STRAIGHT TIME |  |  | 56.35 | Sub-Total |
| GROSS WAGES | #3.82 |  | 56.35 | Sub-Total |
| Unused PTO |  |  |  | 148.24 |
| NON-WORKD HRS |  |  | 0.00 | Sub-Total |

| | | This Stmt | Year-To-Date |
|---|---|---|---|
| TOTAL GROSS PAY | | 56.35 | 3583.18 |
| Fed Tax Wages | | 56.35 | 3583.18 |

| Leave Hrs YTD | Earned | Taken | Balance |
|---|---|---|---|
| PTO Balance | 1.1 | 0.0 | 1.1 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 56.35 | 3583.18 |
| TOTAL TAXES | 8.07 | 685.78 |
| TOTAL DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 48.28 | 2897.40 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | | 211.79 |
| Fed MED/EE | 0.82 | 51.96 |
| Fed OASDI/EE | 3.50 | 222.16 |
| PA Unempl EE | 0.03 | 2.15 |
| PA Withholdng | 1.73 | 110.01 |
| PA PA LOCAL Withh | 0.99 | 62.71 |
| PA LOWER SWATARA | 1.00 | 25.00 |
| TOTAL TAXES | 8.07 | 685.78 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL DEDUCTIONS | 0.00 | 0.00 |

Other Information
# Represents all hrs in this category
$$Non-pilot pay for hrs worked & piece rate
For more inquiries, please contact:
FedEx Ground Pkg System Inc
1000 FedEx Drive
Moon Township, PA 15108

© 2007 Automatic Data Processing PROBA0

---

FedEx.

FedEx Ground Pkg System Inc
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

64-1278/611 GA

Check Number:      0024988476
Check Date:        07/06/2018
3069406

THIS IS NOT A CHECK

| This amount: | FORTY EIGHT DOLLARS AND 28/100 | $**48.28 |
|---|---|---|

Pay to the
order of:   BRENT T WALKO

Void after 60 days
Checks over $100,000.00
Not valid unless countersigned

BANK OF AMERICA
Bank of America, N.A.
600 Peachtree St NE
Atlanta GA 30309

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brent T. Walko** |
| Debtor 2 (Spouse, if filing) | **Angela R. Walko** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1-18-02819-HWV** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **3** | ☐ No ■ Yes |
| **Daughter** | **4** | ☐ No ■ Yes |
| **Son** | **11** | ☐ No ■ Yes |
| **Son** | **15** | ☐ No ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,222.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 20.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 274.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 200.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 520.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 25.00 |
| 10. | **Personal care products and services** | | 10. $ | 20.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 5.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 410.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 234.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 300.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Cigarettes** | | 21. +$ | 100.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 4,130.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,130.00 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,639.14 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,130.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -1,490.86 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here: **2009 Ford to be paid off.**

| | |
|---|---|
| Debtor 1 | **Brent T. Walko** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Angela R. Walko** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1-18-02819-HWV** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Brent T. Walko**                    X **/s/ Angela R. Walko**
 **Brent T. Walko**                              **Angela R. Walko**
 Signature of Debtor 1                       Signature of Debtor 2

Date **July 3, 2018**                        Date **July 3, 2018**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Brent T. Walko** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela R. Walko** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1-18-02819-HWV
(if known)

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$38,438.45** | ☐ Wages, commissions, bonuses, tips | **$0.00** |
| | ■ Operating a business | | ☐ Operating a business | |

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
|  | ☑ Wages, commissions, bonuses, tips | $3,583.18 | ☑ Wages, commissions, bonuses, tips | $11,395.82 |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips | $71,393.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ☑ Operating a business | | ☐ Operating a business | |
|  | ☑ Wages, commissions, bonuses, tips | $8,987.00 | ☑ Wages, commissions, bonuses, tips | $21,398.00 |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips | $58,123.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ☑ Operating a business | | ☐ Operating a business | |
|  | ☑ Wages, commissions, bonuses, tips | $7,796.00 | ☑ Wages, commissions, bonuses, tips | $23,864.00 |
|  | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ **No.** Go to line 7.

    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No

    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

    ■ No

    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No

    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nationstar Mortgage LLC v. Brent T. Walko & Angela R. Walko 2017-CV-08266-MF** | **Civil-Foreclosure** | **Court of Common Pleas Dauphin County** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Sheriff's Sale Scheduled for July 12, 2018** |
| **Elijah Einzig, a minor, by his natural mother and guardian, Valerie Packard v. Brent T. Walko 2017-CV-8680-CV** | **Civil - Car Accident** | **Court of Common Pleas Dauphin County, Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Middletown Area Baseball Association** | | **2018** | **$1,500.00** |
| **Middletown Area Baseball Association** | | **2017** | **$2,200.00** |

## Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Vehicle Accident** | **Truck Total - have not received refund** | **02/2018** | **$12,300.00** |

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document     Page 52 of 61

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Purcell, Krug & Haller**<br>**1719 North Front Street**<br>**Harrisburg, PA 17102** | **Retainer** | **06/01/2018** | **$500.00** |
| **Purcell, Krug & Haller**<br>**1719 North Front Street**<br>**Harrisburg, PA 17102** | **Court Fee** | **07/04/2018** | **$310.00** |
| **Pioneer Credit Counseling** | **Credit Counseling** | **06/26/2018** | **$20.00** |
| **John M. Hyams, Esq**<br>**555 Gettysburg Pike**<br>**Suite C402**<br>**Mechanicsburg, PA 17055** | **Attorney Fees - Previous Bankruptcy (Paid through Ch 13 Trustee)** | **Various** | **$1,029.70** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Case 1:18-bk-02819-HWV    Doc 12    Filed 07/24/18    Entered 07/24/18 13:09:30    Desc
Main Document       Page 54 of 61

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | know it | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title | Court or agency | Nature of the case | Status of the case |
| Case Number | Name | | |
| | **Address** (Number, Street, City, State and ZIP Code) | | |

**Part 11: Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number |
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |
| **Lawn Like No Other** | **Lawn Care** | EIN: **20-8601502** |
| **636 South Catherine Street** | | |
| **Middletown, PA 17057** | | From-To **2007 - Present** |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ **No**
☐ **Yes. Fill in the details below.**

| Name | Date Issued |
| Address | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Brent T. Walko | /s/ Angela R. Walko |
| **Brent T. Walko** | **Angela R. Walko** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **July 3, 2018** | Date **July 3, 2018** |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ **No**

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

.

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td><b>Brent T. Walko</b></td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><b>Angela R. Walko</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Pennsylvania</td></tr>
<tr><td>Case number<br>(if known)</td><td><b>1-18-02819-HWV</b></td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

- ☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- ☑ 3. The commitment period is 3 years.
- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 587.80 | $ 1,779.57 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 6,406.40 | | |
| Ordinary and necessary operating expenses | -$ | 6,132.62 | | |
| Net monthly income from a business, profession, or farm | $ | 273.78 | Copy here -> $ 273.78 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ 0.00 |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:18-bk-02819-HWV   Doc 12   Filed 07/24/18   Entered 07/24/18 13:09:30   Desc
Main Document   Page 57 of 61

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7.  **Interest, dividends, and royalties** | $       0.00 | $       0.00 |
| 8.  **Unemployment compensation** | $       0.00 | $       0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you          $       0.00

For your spouse          $       0.00

| 9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $       0.00 | $       0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

|  | | |
|---|---|---|
|  | $       0.00 | $       0.00 |
|  | $       0.00 | $       0.00 |
| Total amounts from separate pages, if any. | + $       0.00 | $       0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $   861.58 | + | $   1,779.57 | = | $   2,641.15 |
|---|---|---|---|---|

Total average monthly income

---

**Part 2:    Determine How to Measure Your Deductions from Income**

12. Copy your total average monthly income from line 11. .......................................................................    $    2,641.15

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

■ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

|  | $ |
|---|---|
|  | $ |
|  | + $ |

Total ............................................................    $       0.00    Copy here=>    -       0.00

14. **Your current monthly income.** Subtract line 13 from line 12.    $    2,641.15

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ...................................................................................    $    2,641.15

Multiply line 15a by 12 (the number of months in a year).    x 12

15b. The result is your current monthly income for the year for this part of the form. ..........................    $   31,693.80

---

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **PA**

16b. Fill in the number of people in your household. **6**

16c. Fill in the median family income for your state and size of household. $ **110,445.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

**18. Copy your total average monthly income from line 11 .** $ **2,641.15**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. -$ **0.00**

19b. **Subtract line 19a from line 18.** $ **2,641.15**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b $ **2,641.15**

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form $ **31,693.80**

20c. Copy the median family income for your state and size of household from line 16c $ **110,445.00**

**21. How do the lines compare?**

■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Brent T. Walko**
**Brent T. Walko**
Signature of Debtor 1

X **/s/ Angela R. Walko**
**Angela R. Walko**
Signature of Debtor 2

Date **July 3, 2018**
MM / DD / YYYY

Date **July 3, 2018**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Brent T. Walko**
      **Angela R. Walko**

                        Debtor(s)

Case No.    **1-18-02819-HWV**

Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept        $ _Hrly_

   Prior to the filing of this statement I have received    $ 500.00

   Balance Due                            $ TBD

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **See Exhibit "A"**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See Exhibit "A"**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 3, 2018** | /s/ Lisa A. Rynard |
| *Date* | **Lisa A. Rynard** |
| | *Signature of Attorney* |
| | **Purcell, Krug & Haller** |
| | **1719 North Front Street** |
| | **Harrisburg, PA 17102** |
| | **(717) 234-4178  Fax: (717) 236-6120** |
| | **lrynard@pkh.com** |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## EXHIBIT "A"

Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals. The hourly rate for Debtor's counsel is $275.00 per hour. The hourly rate for paralegal time is $110.00 per hour. These hourly rates are subject to revision at the end of each calendar year. Any fees sought are subject to Court approval.